THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERARDO MEJIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-20-676-R |
| | ) |
| DARIN REAMES, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the September 14, 2020 Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell. Therein he recommends that the Complaint be dismissed without prejudice in light of Plaintiff's failure to pay the initial partial filing fee or to prosecute this action. (Doc. No. 11). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file an objection. Accordingly, the Report and Recommendation is hereby ADOPTED and the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 13th day of October 2020.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE